**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02656-BNB

ALVIN SMITH,

      Applicant,

v.

WARDEN MICHAEL MILLER,

      Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Applicant's request for an extension of time, which he makes in a letter to the court (ECF No. 5) filed on October 22, 2013, is GRANTED.  Applicant shall have **thirty (30) days from the date of this minute order** to cure the deficiency in this action by either paying the $5.00 filing fee or filing a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.

Dated:  November 4, 2013

---